O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3132-AHM (FMOx) | Date | June 23, 2008 |
|---|---|---|---|
| Title | ERICA TANNEN O'LEARY v. FLAMINGO LAS VEGAS HOTEL, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Ronald R. Giusso (via tel.) |

**Proceedings:**  Defendant Flamingo Las Vegas Hotel's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2), (3), (6) Or, in the Alternative, to Transfer Venue [6]

Cause called; appearances made.  No appearance by plaintiff's counsel.

Court circulates tentative order and hears oral argument.  For reasons and findings stated on the record, the Court denies defendants' motion to dismiss or to transfer venue but will instead remand this action back to state court.  Order to issue.

| | : | 03 |
|---|---|---|
| | Initials of Preparer | SMO |